IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDULLAH MUHAMMAD, | : | Civil No. 3:19-cv-1316 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| LEA MARTIN, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 25th day of March, 2020, upon consideration of Plaintiff's motion (Doc. 6) for appointment of counsel, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the motion (Doc. 6) is **DENIED** without prejudice.

                                                    _*s/ Robert D. Mariani*_
                                                    Robert D. Mariani
                                                    United States District Judge