IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDULLAH MUHAMMAD, | : | Civil No. 3:19-cv-1316 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| LEA MARTIN, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _4th_ day of March, 2021, upon consideration of Defendants' motion (Doc. 17) for summary judgment, and Plaintiff's cross-motion (Doc. 22) for summary judgment, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion (Doc. 17) for summary judgment is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Lea Martin and Lawrence Mahally, and against Plaintiff.

3. Plaintiff's cross-motion (Doc. 22) for summary judgment is **DENIED**.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge